**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jonathan CABELLO–CASTILLO,**
**Defendant–Appellant.**

**No. 15–40743**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 1, 2016.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Alfred H. Montelongo, Esq., Montelongo & Montelongo, Corpus Christi, TX, for Defendant–Appellant.

Jonathan Cabello–Castillo, Eden, TX, pro se.

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jonathan Cabello–Castillo has moved for

determined that this opinion should not be

438 leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Cabello–Castillo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be